# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

146906(51)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

STATE TREASURER,
        Plaintiff-Appellee,

v

        SC: 146906
        COA: 309693
        St. Joseph CC: 12-000072-CZ

LAWRENCE D. PONTIUS,
        Defendant-Appellant,

and

ESTATE OF LAWRENCE G. PONTIUS, by
DEBORAH K. KLUJSZA, Personal
Representative,
        Defendant-Appellee.

_____/

      On order of the Court, the motion for reconsideration of this Court's September 18, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



                    Clerk

h1118